|                              | * |                      |
|------------------------------|---|----------------------|
| ATTORNEY GRIEVANCE           | * | IN THE               |
| COMMISSION                   | * |                      |
|                              |   | SUPREME COURT        |
|                              | * |                      |
| v.                           |   | OF MARYLAND          |
|                              | * |                      |
|                              |   | AG No. 7             |
| SHEILA BRIDGET THURMOND      | * |                      |
| MAYERS                       |   | September Term, 2024 |
|                              | * |                      |

O R D E R

After the Attorney Grievance Commission filed its petition for disciplinary or remedial action and request for immediate suspension, the Court issued an order requiring the respondent to show cause why she should not be temporarily suspended pursuant to Rule 19-737(d). After Bar Counsel was permitted to serve the respondent by alternative service, service was obtained on August 27, 2024. The respondent has not filed a response to the show cause order regarding her temporary suspension.

Accordingly, and upon consideration of the allegations in the petition for disciplinary or remedial action, it is this 23rd day of September 2024, by the Supreme Court of Maryland,

ORDERED that, pursuant to Rule 19-737(d), the respondent, Sheila Bridget Thurmond Mayers, is temporarily suspended from the practice of law in the State of Maryland; and it is further

ORDERED that, subject to further order of this Court, the Clerk of this Court shall temporarily strike the name of Sheila Bridget Thurmond Mayers from the register of attorneys in this Court and shall send notice of this Order to the Trustees of the Client

Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-761; and it is further

ORDERED that further action on the petition for disciplinary or remedial action will be taken after the respondent's opportunity to respond to the petition pursuant to Rule 19-737(c) and the Court's July 31, 2024 order to show cause.



/s/ Matthew J. Fader
Chief Justice

Pursuant to the Maryland Uniform Electronic Legal Materials Act (§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Gregory Hilton, Clerk